# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Airman First Class SHAWN M. DOUP
### United States Air Force

### ACM S32347

### 4 October 2016

Sentence adjudged 7 July 2015 by SPCM convened at Joint Base Pearl Harbor-Hickam, Hawaii. Military Judge: Shelly Schools (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 4 months, and reduction to E-1.

Appellate Counsel for Appellant: Major Lauren A. Shure and Captain Annie W. Morgan.

Appellate Counsel for the United States: Mr. Gerald R. Bruce.

Before

DREW, J. BROWN, and MINK
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court